In The United States District Court Of Middle Tennessee

Gregory Ryan Webb
Plaintiff

V.                              Case No. 02-23 0009

Lewana Castillo Webb, Avery York Jr.,
Jessica Burgess, John Tyler Merchant

## Complaint/Brief

I am the Pro Se Plaintiff, Gregory Ryan Webb. Lewana Castillo Webb started a real Conspiracy against me involving the men she dated, Officials in the 13th District and Cumberland County, TN. Through Politics and money plus vendictive behaviors, the following defendants violated my civil rights that have ruined my life; allowed my son to be kidnapped from me; incarcerated me; allowed my property to be stolen, taken, and destroyed.

The below defendants are guilty, when some defendants tried to make theirselves appear to be helping me, once they realized I will defend myself without leaving my son behind. All defendents below acted against me through Color of Law when every defendant below violated my right to Equal Protection Under Law, they all allowed and/or stood by with a Blind eye, while I endured a cruel and unusual punishment by taking my son away; removing me from my home; financially destroying me; lying to my friends and family behind my back; stealing and/or destroying my property; all violations under the 8th Ammendment, and pushing me violent.

Gregory Ryan Webb

In The United States District Court Of Middle Tennessee

Gregory Ryan Webb
Plaintiff

vs.            case no. ~~[crossed out]~~

Lewana Castillo Webb, John Tyler Merchant, Avery York Jr., Jessica Burgess, et...
Defendants

## Amended Complaint/New Complaint

I am the Pro Se Plaintiff, Gregory Ryan Webb. Lewana Castillo Webb started a conspiracy against me that spun out of control mainly due to the men she dated. I am naming the below defendant's who have all acted against me through the color of law. I hold evidence to support all.

In her individual capacity Lewana Castillo Webb recruited help against me, to help stage evidence and illegal acts against me. Lewana manipulated men in power and/or with money to help her kidnap my son from my life, to remove me from my home plus take my property, and to incarcerate me through manipulating others. Lewana violated my rights as a father, a husband, and a human being by using excessive force with obstruction, physical violence, and a mental manipulation I learned about called, "gaslight."

Gregory Ryan Webb March 6, 2023

Case No. 2-22-cv-00054 OR New Ammended Complaint Continued.

Lewana used a narccisist behavior tactic to make me believe I was the problem and abuser when opposite is true. Lewana violated my rights to equal protection under law, she contributed to malicious prosecution, Lewana denied me fair hearings in the Courts and denied me two fair trials due to her numerous acts of perjury. I have called upon three witness's to Lewana's Perjury(s) that also include Perjury to Double her arrears for child support, and Perjury for her statement on a wrongfully and illegally obtained Order Of Protection that in return was both excessive force and denying me due process, plus it turned most of law enforcement against me. This Order Of Protection that Lewana committed Perjury to get, was obtained after Lewana traded false information and a device Court Ordered to give me, that both Lewana and John Merchant committed illegal searches on in effort to set me up. Lewana stole my little dogs, and denied my right to my property when I am now incarcerated over both law enforcement and the Court(s) ignoring my evidence and pleas for help. Lewana hid and destroyed evidence out in open.

John Tyler Merchant helped Lewana committ acts against me that included lies against me to both law enforcement and the Court(s). John helped Lewana stage evidence against me and slandered me. They both acted with cruel and unusual punishment against

Case No. 2:22-CV-00054 New /or Amended Complaint Continued.

John Tyler Merchant acted in both his <u>individual</u> and also <u>official capacity</u> as a Tennessee Correctional Officer. John wrongfully violated Corrections policies and obtained past institutional violations from year 2000, then slandered these minor institution infractions in the following to <u>prevent me equal protection</u> under law:

1. Drug possession: John slandered to Lewana, my eleven (11) year old son, and law enforcement when the fact is; the possession was <u>800mg Ibuprofen</u>.

2. Self mutalation: when John slandered Suicide to Lewana, my eleven year old son, and law enforcement when fact is; <u>a fresh tattoo</u>. John slandered me as a "<u>Killer</u>" towards my family; at the Justice Center towards Judicial Commissioners, including a <u>twenty five minute recording</u> with <u>John Tyler Merchant</u>, <u>Lewana Castillo Webb</u>, and the <u>Cumberland County, TN Sex Offender Superviser</u>. John Merchant violated my rights to <u>fair protection</u> under the law and <u>malicious prosecution</u> as contributer; my rights as a father, homeowner, and husband, ~~my rights to~~ his slandering violating—

Gregory Ryan Webb

Case no 2-22-cv-00054 CR New or Ammended Complaint and contributing to unfair hearings and trials denying me fair due process with Vendictive behavior. I am stating I have seen John Tyler Merchant near my home. I was illegally removed from during a small freelance job during September, 2022. John Tyler Merchant is in hiding due to fact he contributed to a real conspiracy against me that included stealing my legal work and helping Lewana destroy evidence for my defense, again denying me due process, access to Courts, and fair hearings, and two trials; I lost my son, my dogs, my home, my property, my reputation, when I'm now incarcerated and an angry father.

Avery York Jr. is/was persuing Lewana romanticly when I know the witness who helped Avery "impress" Lewana by purchasing a washer and dryer plus installing "sewer" line I started; on bathroom addition before my removal from my life. Avery York Jr. helped Lewana replace her electronic devices to destroy evidence of Lewana being the Defendent and Abuser. Avery received help from his "in-law", Jessica Burgess who is Circuit Court Clerk of Cumberland County, Tennessee. Avery York Jr. wanted me gone from my home so he could date Lewana when Lewana in return cheated on Avery after using him to incarcerate me, kidnap my son, and use his resources.

Case No 2:22-cv-0054 OR New or Amended Complaint

In his Individual capacity, Avery York Jr. used his family political power and his money to help destroy my life by denying my property, denying my equal protection under law, use excessive force by contributing to the removal from my home, his contribution to malicious prosecution, and his influence towards Jessica Burgess when they both helped and/or paid to hide evidence, destroy evidence, deny me access to the Courts, hide and destroy my motions/petitions/subpoena(s) to the Court(s) that denied me the fair two trials and Only two trials in my life, that I can prove were both corrupt. If officers of the Court(s) will stop influencing minimal amounts of evidence for my Solid Defense being crushed illegally by official(s) in Cumberland County, Tennessee. Avery York Jr. was manipulated by Lewana and was told I stole from him but the opposite is true. I did not steal from Avery York Jr. but Avery York Jr. poisoned a Yorkie dog I delivered as a "small time" Yorkie AKC Breeder. Avery stole my wife he can have and keep but not my son, my home, my dogs, my property... Avery York Jr is not an inocent man who needs to know he violated my civil rights as a U.S. Citizen when I have/own legal audio of Lewana bragging how Avery and his money are going to ruin me and it did. Through her individual capacity outside of work Jessica Burgess helped Avery complete a malicious prosecution so I wouldn't have a case against him or anyone. Jessica Burgess then acted out against me with Kevin Bryant in their official capacities denying me access to the Court(s), Due Process, Malicious prosecution, denying my property, Conspiracy, Kidnapping, denying my right to Petition

Gregory Ryan Webb

Case No. 2:22-cv-0054 CR New or Amended Complaint Continued
government including grievance procedure without fear of retalatory treatment concerning the Honorable Larry Warner. Jessica Burgess was allowed to openly deny me access to the Court(s) due to her last name and political power when I am not scared of any Cumberland County, TN human being.

Avery and Jessica are/were also associated with the judicial commissioners office when the "Fat Guy", late 2020, judicial commissioner refused to help me on same day Lewana assaulted me when I pleaded for her arrest. The "Fat Guy" while outside by himself, to me to refused to help me in both his individual and official capacity when I took his response as a sign to keep trying at my marriage. The "Fat Guy" commissioner violated my rights to equal protection under law, contributed to my loss of my right to my property, to malicious prosecution, and my right to Petition Government when I have recording of Lewana stating how the "Fat Guy" was helping her plus offering her a job, and to give me the highest bond possible so I couldn't be released like I am now with no bond.

Another Judicial Commissioner who's female signed Lewana's Bogus order of protection after that same female judicial commissioner stated Lewana needed "her ass kicked" and told me in front of the sex offender superviser with office at Justice Center entrance that she would NOT grant an Order Of Protection for Lewana. Both Judicial Commisioners denied me due process and equal protection under law when a third (3rd) female judicial commissioner I can point out in person denied me help and also told the "old man" commissioner to not help me denying me equal protection and an excessive force of her service not available to me due to the illegal investigation against me I overheard her say that I also have Audio of. & All during 2021, 2022 Government Rights including

Case no 2-22-cv-0054 OR New or Amended Complaint Continued

Ivy Gardner Mayberry, seperated herself from my case during February or March of 2022 directly after I emailed the Sherriff less than 10% of my evidence. The Sherriff did not see everything I previously sent on Messenger and to Detective Gary Green. Ivy wanted my evidence to stay hidden when I had enough evidence in beginning to both reverse and end this in late 2021. Ivy had a different plan that denied me a fair divorce trial, denied me access to Court(s), my son, home, dogs were taken from me denying my right to my property. Ivy attached my signature to a document I'm unaware of and still unaware of to this day. A hidden mortgage fraud also happened against me during 2022 that's been hidden. Ivy dropped me as a client but continued to hold power of Attorney, and kept over $5,000 I paid for her service that resulted in my son kidnapped, homeless, jobless, my property stolen, the public being allowed to follow me resulting in serious damage to my truck, and my right to Attorney denied after every Attorney denied me representation that I met with. Again, I had enough evidence in beginning when I didn't need help but instead, for everyone to do their jobs, and they didn't. Due to it being election time, I was creating enemies through Ivy's actions. As the leader of the Cumberland County, TN Republican party Amanda Worley who's somehow related to the Honorable Larry Warner, was attempting legal attacks against me that included her acting in both her Individual and Official capacities

Gregory Ryan Webb

Case no. 2:22-CV-0054 New or Ammended Complaint Continued.

Amanda Worley contributed to malicious prosecution, denying me access to the Courts, denying me due process, and contributing to denying my right to my property plus my right to Petition Government.

Howard Glen McDonald the Broker from First Reality, acted in both his Individual and Official Capacity against me denying my right to my home/property, my right to equal protection under law, my right to petition government, and contributed to Malicious prosecution, denying me fair due process and fair hearings/trial. "Glen" was in love with Lewana when Lewana used and "hustled" Glen to prevent my name from being on the house after Glen McDonald and Robert Grimsley manipulated our deed to 353 Washington Street, Crossville, TN 38572. Mortgage fraud was committed I just learned about in 2021 when this act against me happened in 2006 and 2007 when Glen and Robert manipulated and falsely reported to Lewana's credit. During 2021 and 2022 Glen used his political influence to help Lewana destroy me by using the Courts.

Kevin Bryant who's the Attorney for Lewana, Avery, my Stepson Damian, my previous Attorney Ivy, and my previous friend Jessica Hill who helped pay her X-boyfriend's bill to Kevin Bryant. Kevin Bryant ruined my life in his official capacity by denying me a fair trial, hiding evidence he did finally release but it was to late. Kevin denied my rights to my property, my right to Petition Government over Larry Warner, Due Process and fair hearings. Kevin Bryant illegally destroyed my defense and acted with the most unethical acts against me.

Case No 2:23-cv-0009 New or Amended Complaint Continued.

William Ridley, was placed as Judge during election time that boosted his chances at being elected as Circuit Court Judge. Due to Factual based allegations and evidence I don't possess I cannot name who placed William Ridley in the "placed" Judge position over hearsay but I can prove Judge William Ridley in both his individual and official capacities illegally ruled against me in a divorce trial when I received No relief plus my preliminary hearing, when Ridley helped Lewana Kidnap my son and allow a malicious prosecution by not holding Lewana responsible for the Perjury(s) that would have or should have prevented the case going to Grand Jury or Further. Judge Ridley laughed at me with the ADA and Kevin Bryant as my life was taken after Judge Ridley was "placed" and was told what to do to me in his Individual Capacity; removing his Immunity after denying me my right to property, a fair hearing, a fair trial, use of excessive force, denied my evidence, due process, conspiracy, Kidnapping, and his vendictive behavior after denying me my right to Petition Government without fear of Retalitory treatment.

The Cumberland County, TN Republican Party are guilty of violating my rights as a father, due process, fair hearing/trial; when their excessive force was driven by The York's, Amanda Worley, and Glen McDonald.

Case no. 2:22-cv-0054 **New or Ammended Complaint Continued**

The Republican Party contributed to a Bogus Order of Protection that resulted in my son being Kidnapped from me. In their official capacity the Cumberland County, TN Republican Party targeted me resulting in my incarceration, use of excessive force, influencing the court(s) and ignoring my right to petition government during late 2021, 2022, and 2023. The party as a whole denied my right to access Courts. In her official capacity the Cumberland County, TN sheriff's deputy who arrested me on case no. CC-22-131 that was dismissed contributed to malicious prosecution, removed me from my home, and used excessive force by arresting me after I did nothing wrong. In his official capacity Cumberland County, TN sheriff's deputy for case CC-22-130 that I'm currently awaiting sentencing on committed Perjury by testifying at all three hearings when I don't know them by name. Powers and Gilliam were on scene June 4, 2021 when the wrong officer testified at all hearings including the Grand Jury Hearing when I am stating if names were changed on transcripts, Jessica Burgess did it illegally. The officer who testified stayed outside with me the entire time, 20ish to 45ish minutes. This officer who stayed outside with me did not speak to Lewana due to him accompanying me to prevent me from running. He testified for the other officer who had a tattoo on forearm when he can not legally testify for things said when he wasn't inside or ever talked to Lewana. This officer committed Perjury and hid the cell phone pic he took of my head while in jail cell June 4, 2021. He denied me due process, fair hearing, fair trials, used excessive force through obstruction. He wrongfully incarcerated me through his acts of perjury.

Gregory Ryan Webb

Case no 2-22-CV-00054 (Now Or) Amended Complaint Continued

In both their individual and official capacity Integrety motors of Rockwood, TN helped install or knew about a tracking system installed on my truck illegally when the Order Of Protection contained Perjury in document, when I'm not a physical threat to Lewana and certainly not my son. This tracking system linked with Verizon Wireless allowed the public to track me and listen to me through bluetooth without legal warrant or justification resulting in this malicious prosecution and no official wanting to dismiss the order of protection making this whole scheme against me illegal and unjustified. I contacted the dealership and salesperson at a later date when they denied installing any tracking system when I will call that salesman as witness. Integrety motors aided in a malicious prosecution, denied my full rights to my truck/property, and denied fair protection under law by allowing public to track me and placed me in situations when both myself and my truck were targets. The owner of Integrety Motors is also the on location manager who denied tracking system in his idividual capacity due to his strict religious beliefs.

In their official capacity Citizen Equity Federal Credit Union who's the lean-holder on my truck knowingly allowed me to be tracked illegally by the public who sabataged my vehicle and tried physically hurting me aftering being constantly followed and watched/harassed. I "reached" out to CEFCU when they did not appropriately respond until after it was to late. CEFCU and "Casey" in CEFCU collections

case no 2-22-cv-00054 New or Amended Complaint Continued

emailed me back on approximate week before this corrupt trial on February 16, 2023 when I saw the email in my trash folder I never once saw until it was way to late. CEFCU responded after my truck was sabotaged, after I was followed, harassed, etc... CEFCU offered a response in February, 2023 when I needed a response or help months before that. CEFCU denied me fair protection under law and their policies when absolutely everyone watched me like I was entertainment. My son has been Kidnapped! CEFCU contributed to Malicious prosecution and denying me a fair trial plus contributed to Excessive force against me. My unfair and corrupt trial happened because to many people or entities will be held accountable for the illegal tracking and unjustified warrants "they" allowed the public to track me on. CEFCU is responsible for bad things that happened to me.

In February-ish of 2022 Casey Cox stopped an illegal investigation against me after I emailed 10% or less of my evidence to his email. The TBI suggested Casey Cox to do a report on what's happened but he did not do a report for me to use in Court. He denied me a fair hearing, fair protection under law, and contributed to this malicious prosecution, and kidnapping, and unjustified incarceration. Ben Tollett, clerk and master, purposely held my motion submitted for family/probate Court. I went to his office one on 2nd floor Sept 9, 2022 and demanded my motion be submitted. I watched my motion handed to Amanda Worley's office when I never received response. Ben Tollett denied me access to the Courts trying to "cover up" whatever "blackmail" is going on. His actions denied due process, resulting in my confused Appeal when he did this in his official capacity. Fact

Case No. 2:22-cv-00054 New or Amended Complaint Continued.

The 13th District Attorney has contributed to malicious prosecution, unfair hearings, unfair trials, denying my evidence and denying my overall rights as a father. He allowed this illegal activity to continue against me for way to long allowing a bogus order of protection, bogus and embarrassing charges when one's dismissed and I'm appealing the other ASAP. I have video footage of my dropping evidence and motions/petitions/subpoena(s) off at the Crossville, TN satelite office that were ignored, destroyed, and/or hidden. I also tried arriving at office of Crossville to see my discovery after I was previously invited by letter but they locked the doors; & denied me entry. Bryant Dunaway does not give a damn about me as a victim to Domestic Violence and does not care his prosecuters targeted me. Bryant Dunaway's office should be taken over by this Court. In his individual and official capacity Dunaway also denied my right to petition government without retalitory treatment and allowed excessive force.

ADA with strawberry blonde hair witnessed Lewana purposely committ perjury against me at the preliminary hearing while under oath on the stand with Judge Ridley, and Kevin Bryant also there. It should have all stopped the but instead, in her official capacity this ADA purposely allowed me to be maliciously prosecuted when Lewana's Perjury and testimony is what convicted me at this unfair trial I am incarcerated for. This female ADA for the 13th District purposely denied me a fair hearing, denied me due process and full access to Courts plus she denied me fair protection under the law. This has ruined my life when I've lost 19 months with my son who's Kidnapped,

Case No. 2:23-CV-00054 (New Or) Ammended Complaint Continued

In his official capacity Judge Gary McKenzie conducted my trial and has held me without bond for another continuance resulting in more loss of property. Judge McKenzie picked my last juror. Judge McKenzie ruled out the missing body camera's when they were extremely important in this mistimeanor case. I'm incarcerated for without bond and not yet sentenced. Judge McKenzie has no respect for me and acted more for the prosecution side instead of acting as a "Referee" instead. Judge McKenzie allowed my trial to move forward without the two 911 calls, with no body cams, none of my witnesses were there, there was not a full jury to pick from, my evidence was not allowed that proves Lewana made past scenecio's and "staged" acts when the documents I've pointed out in past were not retrieved from the Judicial Commissioner Office computer proving Lewana's history of "setting a man" up. Judge Gary McKenzie denied me fair hearings, denied me a fair trial, denied me due process, and witnessed past acts when Amanda Worley was maliciously prosecuting me. Judge McKenzie aided the malicious prosecution against me.

In her official capacity, Judge Carolyn Knight has continued to allow a Bogus Order Of Protection that Lewana committed Perjury receiving that's resulted in the Kidnapping of my Son. Judge Knight has contributed to Malicious Prosecution and denied me fair protection under law.

Gregory Ryan Webb
934 Macedonia Rd.
Spring City, TN 37381
Temp address ~
90 Justice Center Drive
Crossville, TN 38555

Note: Clerk Two Envelopes

RECEIVED
MAR 14 2023
U.S. District Court
Middle District of TN

Time Sensitive
Legal Mail
Indigent Inmate

Fred D. Thompson Federal Building
U.S.D.C./Clerk
719 Church Street
Nashville, TN 37203



Cumberland County Sheriff's Department neither inspected or censored and is not responsible for contents.
Sheriff Casey Cox